**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH CARRETHERS,                                    Case No. C09-1101 EMC

        Plaintiff,                                    **CLERK'S NOTICE**

  v.

BAY AREA RAPID TRANSIT, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED that a **Telephonic Conference Call Regarding Trial Date** is set for **November 3, 2011 at 1:30 p.m.**  Plaintiff counsel shall coordinate the conference call and call this Court last at (415) 522-2117 at 1:30 p.m. on November 3, 2011.

Dated: October 28, 2011                          FOR THE COURT,
                                                 Richard W. Wieking, Clerk

                                                 by: _____
                                                     Betty Lee
                                                     Courtroom Deputy