1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  BRIGID S. MARTIN  (CABN 231705)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7021
      Fax: (415) 436-7234
7     E-Mail: brigid.martin@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,              )   No. CR 11-0565 EMC
14                                        )
            Plaintiff,                    )
15                                        )   [~~PROP~~OSED] ORDER EXCLUDING
        v.                                )   TIME FROM DECEMBER 14, 2011
16                                        )   THROUGH JANUARY 18, 2012
   EMANUEL ESPINOZA,                      )
17    a/k/a Tyrone Barnes,                )
                                          )
18          Defendant.                    )
                                          )
19 _____)

20         The defendant, EMANUEL ESPINOZA, represented by Elizabeth Falk, and the

21 government, represented by Brigid Martin, Assistant United States Attorney, appeared before the

22 Court on December 14, 2011, for a status hearing.  The parties requested and the Court agreed to

23 continue the matter until January 18, 2012.  Defense counsel asked that time under the Speedy

24 Trial Act be excluded between December 14, 2011, and January 18, 2012, for effective

25 preparation of counsel while the defense conducted necessary legal research.  The matter was

26 continued to January 18, 2012, for change of plea or to set further proceedings.

27         Based upon the representation of counsel and for good cause shown, the Court finds that

28 failing to exclude the time between December 14, 2011, and January 18, 2012, would

ORDER EXCLUDING TIME
Case No. CR 11-0565 EMC

1  unreasonably deny defense counsel the reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court
3  further finds that the ends of justice served by excluding the time between December 15, 2011,
4  and January 18, 2012, from computation under the Speedy Trial Act outweigh the best interests
5  of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the
6  time between December 14, 2011, and January 18, 2012, shall be excluded from computation
7  under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10  DATED: _____12/21/11_____